1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RICHARD LEE SPOONMORE,                    No.  2:14-cv-1631-MCE-EFB P

12                     Petitioner,

13          v.                                 FINDINGS AND RECOMMENDATIONS

14   JUDGE REED, et al.,

15                     Respondents.

16

17          Petitioner, a state prisoner proceeding without counsel, has filed an application for a writ

18   of habeas corpus pursuant to 28 U.S.C. § 2254.  On March 10, 2015, the original petition in this

19   action was dismissed with leave to amend.  That order informed petitioner of the deficiencies in

20   his petition and directed petitioner to file an amended petition within thirty days.  The order

21   further warned petitioner that failure to file an amended petition could result in the dismissal of

22   this action.

23          The time period for acting has passed and petitioner has not filed an amended petition or

24   otherwise responded to that order.

25          Accordingly, it is hereby RECOMMENDED that this action be dismissed.  *See* Fed. R.

26   Civ. P. 41(b); Rule 12, Rules Governing § 2254 Cases; Local Rule 110.

27          These findings and recommendations are submitted to the United States District Judge

28   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

                                                   1

1  after being served with these findings and recommendations, any party may file written

2  objections with the court and serve a copy on all parties.  Such a document should be captioned

3  "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections

4  within the specified time may waive the right to appeal the District Court's order.  *Turner v.*

5  *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).  In

6  his objections petitioner may address whether a certificate of appealability should issue in the

7  event he files an appeal of the judgment in this case.  *See* Rule 11, Federal Rules Governing

8  Section 2254 Cases (the district court must issue or deny a certificate of appealability when it

9  enters a final order adverse to the applicant).

10  DATED:  April 15, 2015.

11

12  EDMUND F. BRENNAN
    UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28